# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **KIM BENDER, on behalf herself and others similarly situated,** | ) )  ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | CASE NO. 5:18-cv-00757 |
| vs. | JUDGE SOLOMON OLIVER, JR. |
| **SECURITAS ELECTRONIC SECURITY,** | **JOINT NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

Plaintiff, Kim Bender, respectfully notifies the Court she is dismissing this action, without prejudice, pursuant to Federal Rule Civ. P. 41(a)(1)(A)(i). The parties stipulate and agree that the statute of limitations for putative class members is no longer tolled as of the date of the filing of this Stipulation of Dismissal. Defendant consents to this dismissal without prejudice.

Respectfully submitted,

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
9/18/2018

| | |
|---|---|
| */s/ Hans A. Nilges*_____ | */s/Chad J. Kaldor*_____ |
| Hans A. Nilges (0076017) | Chad J. Kaldor (#0079957) |
| Shannon M. Draher (0074304) | Bryan M. Gramlich (#0091280) |
| **Nilges Draher, LLC** | **LITTLER MENDELSON, P.C.** |
| 7266 Portage St., N.W., Suite D | 21 East State Street, 16th Floor |
| Massillon, Ohio  44646 | Columbus, OH 43215 |
| (330) 470-4428 – Telephone | Telephone: 614.463.4220 |
| (330) 754-1430 – Facsimile | Facsimile: 614.573.7972 |
| E-mail:  hans@ohlaborlaw.com | E-mail: ckaldor@littler.com |
|     sdraher@ohlaborlaw.com |     bgramlich@littler.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |